UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTONIO MARTIN, individually and on behalf Of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE, LLC and JOHN DOES 1-25<br><br>Defendant. | **Case No. 2:18-cv-05878**<br><br>CIVIL ACTION |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: July 11, 2018

Respectfully Submitted,

*/s/Yaakov Saks*
Yaakov Saks Esq.
**RC Law Group, PLLC**
285 Passaic Street
Hackensack, NJ 07601
ysaks@rclawgroup.com
Tel. 201-282-6500

SO ORDERED
Kevin McNulty, U.S.D.J.
Date: 7/12/2018